IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTEES OF THE OREGON-WASHINGTON
CARPENTERS-EMPLOYERS HEALTH AND
WELFARE TRUST FUND, et al.,

           Plaintiff(s),

v.

S MADISON SERVICES LLC,

           Defendant(s).

Civil No. 03:21-cv-00161-JR

**ORDER OF DISMISSAL**

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is DISMISSED without prejudice and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are DENIED AS MOOT.

Dated this 27th day of June, 2022.

                                              by    /s/ Jolie A. Russo
                                                      Jolie A. Russo
                                                      United States Magistrate Judge